Julita V. ESPOSO, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2008–3350.

United States Court of Appeals,
Federal Circuit.

Dec. 2, 2008.

Julita V. Esposo, Zambales, Philippines, pro se.

J. Hunter Bennett, Department of Justice, Washington, DC, for Respondent.

**ORDER**

Petitioner's motion for leave to proceed in forma pauperis having been granted, and having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due no later than December 23, 2008.